**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE NATIONAL CIVIL COURT OF FIRST INSTANCE NO. 101 IN BUENOS AIRES, ARGENTINA IN THE MATTER OF MARTHA IRENE COHAN | Case No. 0:26-mc-7 |

**DECLARATION OF TRIAL ATTORNEY AGATHA KOPROWSKI**

I, Agatha Koprowski, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Trial Attorney at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance. I make this declaration upon information and belief based upon the attached exhibits and communications received from the National Civil Court of First Instance No. 101 in Buenos Aires, Argentina ("Argentine Court"). I make this declaration in support of the Government's request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of obtaining financial records from U.S. Bank.

2. In connection with a judicial proceeding in the Argentine Court, captioned the Matter of Martha Irene Cohan, Foreign Reference Number 1738/2024, the Court issued a Letter of Request seeking information from U.S. Bank. A true and correct redacted copy of the translated the Letter of Request received from the Argentine Court is attached as Exhibit A.

3. The specific information requested by the Argentine Court is reflected in a subpoena addressed to U.S. Bank, which the United States intends to serve (in substantially similar format) upon my appointment as Commissioner. A copy of the proposed subpoena is attached as Exhibit B.

4. In order to assist the Argentine Court in obtaining the requested information, I respectfully request that this Court enter the proposed Order attached to the Application appointing me Commissioner.

5. No previous application for the relief sought herein has been made.

I declare under penalty of perjury that the foregoing is true and correct.

Washington, D.C.
January 27, 2026

/s/Agatha Koprowski
Agatha Koprowski
Trial Attorney