# EXHIBIT A



República Argentina - Poder Ejecutivo Nacional
AÑO DE LA RECONSTRUCCIÓN DE LA NACIÓN ARGENTINA

**Nota**

**Número:** NO-2025-140641034-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Viernes 19 de Diciembre de 2025

**Referencia:** COPMC- NOR - HCCH - PRBA - COHAN MARTHA IRENE S/ SUCESION TESTAMENTARIA - CARPE N° 1738/2024 - EX-2024-80966374- -APN-DGD#MRE - EEUU

**A:** (C.C) Autoridad Central de EEUU (OIJA@usdoj.gov),

**Con Copia A:**

---

**De mi mayor consideración:**

Tengo el agrado de dirigirme a Ud. en mi carácter de Autoridad Central designada en el Convenio de La Haya de 18 de marzo de 1970 sobre la Obtención de Pruebas en el Extranjero en materia Civil y Comercial con el objeto de remitir un exhorto librado por el Juzgado de Nacional de Primera Instancia en lo Civil N°101 de la Ciudad Autónoma de Buenos Aires, República Argentina, en los autos caratulados **"COHAN MARTHA IRENE S/ SUCESION TESTAMENTARIA"** a los fines de su diligenciamiento de estilo.

La rogatoria, librada en los términos del instrumento internacional mencionado, tiene por objeto solicitar informes al U.S. Bank.

Asimismo, se requiere que, una vez diligenciados los actos solicitados, la documentación sea remitida a esta Autoridad Central, a la cuenta institucional cooperacion-civil@mrecic.gov.ar, a los efectos de su posterior devolución al Juzgado exhortante.

Se agradece, en la medida de sus posibilidades, que se indique el Juzgado en el que tramitará el presente pedido de cooperación.

Se remite un (1) archivos embebidos. Para poder visualizarlos es necesario descargar la nota, y sobre el margen izquierdo, seleccionar el símbolo de clip, allí se desplegará el archivo embebido. Se sugiere abrir la nota desde el programa Adobe

DEC 22 2025
189-44-26-54

Reader.

PWG

Sin otro particular saluda atte.

Digitally signed by GESTION DOCUMENTAL ELECTRONICA - GDE
Date: 2025.12.19 12:38:54 -03:00

Aldana Rohr
Directora
Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto

Digitally signed by GESTION DOCUMENTAL ELECTRONICA - GDE
Date: 2025.12.19 12:38:55 -03:00

<u>**CERTIFIED TRANSLATION / TRADUCCIÓN PÚBLICA**</u>------------------------------------

[*Seal of the National Civil Court of First Instance No. 101 – City of Buenos Aires – Argentine Republic*].-------------------------------------------------------------------------------

<u>**SUBPOENA**</u>------------------------------------------------------------------------------------

Buenos Aires, September 29, 2025-------------------------------------------------------

To: **THE MINISTRY OF FOREIGN AFFAIRS, INTERNATIONAL TRADE AND WORSHIP OF THE ARGENTINE REPUBLIC**-----------------------------------------------

**Esmralda 1212, City of Buenos Aires**-----------------------------------------------------

I hereby request that the attached letter rogatory be served in connection with the case captioned "**COHAN, MARTHA IRENE in re PROBATE PROCEEDING**" **(Docket No. 1770/2019)**, filed with the National Civil Court of First Instance No. 101 of the City of Buenos Aires, located at Av. de Los Inmigrantes 1950, 6th Floor, presided by judge Alejandro César Verdaguer, clerk's office under the charge of attorney Alejandro Cappa. The Civil Court has ordered that the attached letter rogatory be sent to the competent Judge with subject-matter and territorial jurisdiction in the city of Minneapolis, State of Minnesota, United States of America, pursuant to Law 23,480/1986 approving the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.------------------------------------------------------------------------

Attached hereto is the letter rogatory to be executed for the purposes described above.-----------------------------------------------------------------------------------------------

The following individuals are hereby authorized to execute the letter rogatory: Gonzalo Manuel Soto (ID No. ███453), Gonzalo Otero Mendiz (ID No. ███035), Camila Maira Reina (ID No. ███094), Lucía Comotti Velischek (ID No. ███156), Irene Porsborg (ID No. ███052), Martina Soto Ansay (ID No. ███687), Sofía Villarreal Dziubecki (ID No. ███126), Lautaro Ons (ID No. ███415), or whom they may appoint for suc██████ose (Wiener Soto Caparrós law firm – Telephone Number 5365-8355).--------------------------------------

In compliance with current regulations, Sections 396, 397 and 398 of the Civil and Commercial Code of Procedure are transcribed as follows:-----------------------------

SECTION 396: "**Requirements and terms for replies.** Public offices may not impose additional formalities or requirements for subpoenas without prior approval of the Executive Branch, nor impose fees other than those established by law, decree or ordinance. Public offices shall answer any request for information or remit the docket within 20 business days, and private entities within 10 business days, unless the court order establishes a different term in light of the nature of the proceeding or special circumstances."-----------------------------------------------------

IF-2025-122459970-APN-DAJI#MRE

1

SECTION 397: "**Delays**. If, due to reasonable circumstances, the request for information cannot be answered within the established term, any delay must be notified to the Court before that term expires, stating the causes for the delay and the date on which the answer will be provided. If the judge finds that a public office repeatedly fails to comply with its duty to timely answer the request for information without justified cause, the judge shall report it to the Ministry of Government for any appropriate action, notwithstanding any other applicable measures. Private entities that fail to answer in a timely manner without justified cause shall be subject to a fine in an amount equivalent to two Jus [*legal fee unit*] per day of delay. Appeals against the fine shall be pursued in a separate proceeding."------------------

SECTION 398: "Public offices and private entities shall answer the request for information or remit dockets within ten business days, unless the court order establishes a different term in light of the nature of the proceeding or special circumstances. Public offices and private entities may not impose requirements unauthorized by law. The requests for information shall be considered received upon their submission. The judge shall impose progressive cautionary sanctions in the event of unjustified delays in answering the requests for information. Appeals against cautionary sanctions shall be pursued in a separate proceeding."------------

Sincerely,---------------------------------------------------------------------------------

[*Signature*]-----------------------------------------------------------------------------
Alejandro Cappa----------------------------------------------------------------------
Clerk------------------------------------------------------------------------------------

[*Signature*]-----------------------------------------------------------------------------
Alejandro C. Verdaguer----------------------------------------------------------------
Judge-----------------------------------------------------------------------------------

Signature not verified-------------------------------------------------------------------
Digitally signed by Gonzalo Manuel Soto-----------------------------------------------
Date: 2025.09.09 09:48:06 ART-------------------------------------------------------

**LETTER ROGATORY**----------------------------------------------------------------

[*Seal of the National Civil Court of First Instance No. 101 – City of Buenos Aires – Argentine Republic*].----------------------------------------------------------------

FROM: JUDGE ALEJANDRO CÉSAR VERDAGUER, PRESIDING THE NATIONAL CIVIL COURT OF FIRST INSTANCE No. 101, SOLE CLERK'S OFFICE, CITY OF BUENOS AIRES, ARGENTINE REPUBLIC----------------------------------------------------------

TO: THE COMPETENT JUDGE WITH SUBJECT-MATTER AND TERRITORIAL JURISDICTION IN THE CITY OF MINNEAPOLIS, STATE OF MINNESOTA, UNITED STATES OF AMERICA-------------------------------------------------------------------

I hereby issue this letter rogatory in connection with the case captioned "**COHAN, MARTHA IRENE in re PROBATE PROCEEDING**" **(Docket No. 1770/2019)**, filed with the National Civil Court of First Instance No. 101 of the City of Buenos Aires, sole clerk's office under the charge of atty. Alejandro Cappa, located at Av. De Los Inmigrantes 1950, 6th Floor. With respect to the referenced proceeding, I hereby request the US Bank, located at 800 Nicollet Mall, Minneapolis, Minnesota, United States of America, to provide the following information based on its own records and the accompanying documents: whether the deceased owned or co-owned any banking or financial assets, deposits, credits, shares, securities, bonds, or other assets of any kind at the time of her demise on November 29, 2018, as well as the destination of those assets before or after her demise. In the affirmative case, please provide a detailed description of the composition of investments, financial assets, and accounts held by Mrs. Cohan, together with their updated values.------

The full name of the deceased is Martha Irene Cohan, Argentine born, holder of National Identity Document No. ▮▮▮▮684, born on March 6, ▮▮▮▮, in the City of Buenos Aires, Argentina.-----------------------------------------------------------------

Note that your records may also identify the deceased as **a)** Martha Cohen; **b)** Martha de Alianak; **c)** Marta Irene Cohan de Alianak; **d)** Marta I. C. de Alianak; and **e)** Martha I. C. de Alianak.----------------------------------------------------------------

The deceased was the daughter of Isabel Steskin and Wolff Cohan, and widow, in her first marriage, of Arturo Alianak, all of whom predeceased Mrs. Martha Irene Cohan.-----------------------------------------------------------------------------

According to the records hereof, Mrs. Cohan would be the holder of bank account no. ▮▮▮▮3952, originally from Union Bank of California; bank accounts nos. ▮▮▮▮0269 and ▮▮▮▮8271, originally from California First Bank. Both entities now operate under the name US Bank.-------------------------------------------------

Attached hereto is a copy of an innominate check from Union Bank of California and a deposit receipt from California First Bank, both in the name of Martha I. C. de Alianak.-----------------------------------------------------------------------------

IF-2025-122459970-APN-DAJI#MRE

It is hereby acknowledged that Mrs. Inés Beatriz Plasznik (National Identity Document No. ▮▮▮253) is the person who, for all legal purposes, holds all the rights and obligations of Mrs. Fedora Rosa Cohan (National Identity Document No. ▮▮▮098, heiress in the referenced probate proceeding, as substantiated in the Judge's resolution dated October 16, 2019, admitting the last will and testament executed by the deceased) by virtue of public deed no. 161 regarding the assignment of probate rights, sworn to before notary Laura E. Peters (Registry No. 1197 of the City of Buenos Aires, Argentina). Furthermore, Mrs. Plasznik authorizes the waiver of the confidentiality obligation, according to the letter rogatory signed by her, which is attached hereto.------------------------------------------------------------------

In its pertinent part, the court resolution ordering the letter rogatory states: "Buenos Aires, June 24, 2024. Let letters rogatory be issued to the relevant entities to provide information on any banking or financial assets, deposits, shares, credits, securities, bonds, and other assets of any kind owned or co-owned by the deceased, Martha Irene Cohan, National Identity Document No. ▮▮▮684, at the time of her demise (November 29, 2018), as well as the destination of the funds. Digitally signed by Judge Alejandro C. Verdaguer." And "Buenos Aires, February 7, 2025. BM. Let the requested subpoenas and letters rogatory be issued to [...] US Bank [...]. Digitally signed by Judge Alejandro C. Verdaguer."--------------------------------------------------

This letter rogatory is issued in accordance with Law No. 23.480, which approves the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, adopted in The Hague on March 18, 1970 by The Hague Conference on Private International Law.--------------------------------------------------------------------------

In compliance with the requirements set forth in Law No. 23.480, I hereby state as follows:-------------------------------------------------------------------------------------

**1. THE PARTIES:** The deceased subject to this probate proceeding is Mrs. Martha Irene Cohan. The heiress is Mrs. Fedora Rosa Cohan, who assigned her probate rights to Mrs. Inés Beatriz Plasznik (National Identity Document No. ▮▮▮.253) on September 20, 2021, under public deed no. 161.------------------------------------------

**2. SUBJECT MATTER:** Probate proceeding.--------------------------------------------------

**3. LEGAL PROCEDURE:** The court is to order the issuance and execution of a letter rogatory to the US Bank, requesting the entity to provide information on any banking or financial assets, deposits, shares, credits, securities, bonds, or other assets of any kind owned or co-owned by the deceased, Martha Irene Cohan, National Identity Document No. ▮▮▮.684, at the time of her demise (November 29, 2018), as well as the destination of the funds.-------------------------------------------------------

The following individuals are hereby authorized to issue the letter rogatory: Gonzalo Manuel Soto (ID No. ▮▮▮453), Gonzalo Otero Mendiz (ID No. ▮▮▮035), Camila Maira Reina (ID No. ▮▮▮094), Lucía Comotti Velischek (ID No. ▮▮▮156), Irene Porsborg (ID No. ▮▮▮052), Martina Soto Ansay (ID No.

███687), Sofía Villarreal Dziubecki (ID No. ███126), Valentina Allievi (ID No. ███071), or whom they may appoint for such purpose (Wiener Soto Caparrós law firm – Telephone Number 5365-8355).------------------------------------------------

Signed, sealed and granted in the City of Buenos Aires, Argentine Republic, on February 24, 2025.--------------------------------------------------------------------------

[*Signature*].----------------------------------------------------------------------------------
ALEJANDRO CAPPA----------------------------------------------------------------------
Clerk-----------------------------------------------------------------------------------------

[*Signature*].----------------------------------------------------------------------------------
ALEJANDRO C. VERDAGUER---------------------------------------------------------
JUDGE---------------------------------------------------------------------------------------

[Seal: *National Court of Appeals in Civil Matters of the City of Buenos Aires - Authentications*]------------------------------------------------------------------------

THE NATIONAL COURT OF APPEALS IN CIVIL MATTERS CERTIFIES THAT THE PRECEDING SIGNATURE AND SEAL ARE SIMILAR TO THE ONES MAINTAINED IN OUR RECORDS.--------

Buenos Aires, October 8, 2025.-------------------------------------------------------

[*Signature*]-----------------------------------------------------------------------------------
Sandra L. D'Alessandro--------------------------------------------------------------
Administrative Secretary-----------------------------------------------------------
Authentications of the Civil Court of Appeals-------------------------------

Signature not verified----------------------------------------------------------------
Digitally signed by Gonzalo Manuel Soto------------------------------------
Date: 2025.09.09 09:48:06 ART------------------------------------------------------

IF-2025-122459970-APN-DAJI#MRE

| **LETTER ROGATORY** |  |
|---|---|
| *(TEMPLATE)* | |
| **I) Treaty on which the request is based:** | |
| Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (The Hague Convention, 1970) | |
| **II) Requesting Jurisdictional Authority** | |
| Name: Alejandro César Verdaguer | Capacity: Judge |
| ENTITY: Civil Court No. 101 | |
| Contact Information: | Telephone Number: (54 11) 4130 – 6261 |
|  | Email Address: jncivil101@pjn.gov.ar |
| Mail Address: | Street: Av. de los Inmigrantes 1950, 6th Floor |
|  | City: City of Buenos Aires |
|  | Zip Code: 1104 |
|  | Country: Argentina |
| **III) Requested Jurisdictional Authority** | |
| The acting judge with subject-matter jurisdiction in: Civil Law | |
| Place: The city of Minneapolis, State of Minnesota, United States of America | |
| **IV) Process Identification** | |
| 1) Caption: COHAN, MARTHA IRENE IN RE PROBATE PROCEEDING | |
| 2) Docket number: CIV 001770/2019 | |
| 3) Name and domicile of the parties: | |
| - Martha Irene Cohan: Deceased. | |
| - Fedora Rosa Cohan: Testamentary Heiress. | |
| - Inés Beatriz Plasznik: Holder of all the rights and obligations of Mrs. Fedora Rosa Cohan under Deed of Assignment of Probate Rights No. 161, signed before and notarized by Notary Public Laura E. Peters (Notary Office 1197 of the City of Buenos Aires, Argentina). Her domicile is located at San Martín 140, 18th Floor, City of Buenos Aires. | |
| 4) Nature and purpose of the proceeding: | |
| Civil law. Probate proceeding. | |
| 5) Brief description of the facts: | |
| Fedora Rosa Cohan initiates the probate proceedings concerning her sister Martha Irene Cohan, who died on November 29, 2018, leaving no statutory heirs. Because Martha Irene Cohan had no heirs, while alive, she decided to bequeath her estate to her sister by will. In addition, Ms. Inés Beatriz Plasznik (ID No. ███253) is, for all legal purposes, the holder of the rights and obligations of Ms. Fedora Rosa Cohan under Deed of Assignment of Probate Rights No. 161, signed before and notarized by Notary Public Laura E. Peters (Notary Office 1197 of the City of Buenos Aires, Argentina). | |

6

IF-2025-122459970-APN-DAJI#MRE

According to the documents attached hereto, Ms. Cohan would be the holder of bank account no. ▮▮▮▮▮▮3952, originally from the Union Bank of California, and the bank accounts nos. ▮▮▮▮▮▮0269 and ▮▮▮▮▮▮8271, originally from the California First Bank. Both entities now operate under the name U.S. Bank.

| | |
|---|---|
| **V) Purpose of the Letter Rogatory** | |
| 1) Request(s): | |
| To issue and execute a letter rogatory addressed to the US Bank, requesting the entity to report any banking or financial assets, deposits, shares, credits, securities, or other assets of any nature or kind held or co-held by Martha Irene Cohan, (ID No. ▮▮▮▮▮684) at the time of her demise (November 29, 2018) or the destination of the funds. | |
| 2) Name and domicile of the recipient(s) | |
| U.S. Bank, located at 800 Nicollet Mall, Minneapolis, Minnesota, United States of America. | |
| 3) Special forms or procedures: | |
| Not applicable. | |
| 4) Term to complete the request by the Recipient(s): | |
| 10 days. | |
| 5) Date of hearing: | |
| Not applicable. | |
| 6) Any other information to facilitate the execution of the letter rogatory: | |
| Not applicable. | |
| 7) Name and domicile of the attorney-in-fact for the requesting party in the relevant state: | |
| Name and Surname: | --- |
| Contact Information: | Telephone Number:<br>Email Address: |
| Mailing Address: | Street:<br>City:<br>Zip Code:<br>Country: |
| 8) Name and surname of the person in the requested State who shall bear the extraordinary expenses incurred in the execution of this request: | |
| Name and Surname: | --- |
| Contact Information: | Telephone Number:<br>Email Address: |
| Mailing Address: | Street:<br>City:<br>Zip Code:<br>Country: |
| **VI) Transcription of the Resolution Ordering the Letter Rogatory** | |
| - "Buenos Aires, June 24, 2024. Let letters rogatory be issued to the relevant entities to provide information on any banking or financial assets, deposits, shares, credits, securities, bonds, and other assets of any kind owned or co- | |

owned by the deceased, Martha Irene Cohan, National Identity Document No. ███684, at the time of her demise (November 29, 2018), as well as the destination of the funds. Digitally signed by Judge Alejandro C. Verdaguer."
- "Buenos Aires, February 7, 2025. BM. Let the requested subpoenas and rogatory letters be issued to [...] US Bank [...]. Digitally signed by Judge Alejandro C. Verdaguer."
- "Buenos Aires, September 4, 2025. Let a new subpoena and letter rogatory be issued to the US Bank for the same purposes and effects previously stated, in compliance with Article 4 of the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (The Hague, March 18, 1970) and correcting the documents attached thereto. Digitally signed by Judge Alejandro C. Verdaguer."

**VII) List of Attachments**

1: Copy of innominate check from the Union Bank of California.
2: Copy of a deposit receipt from the California First Bank to the name of Martha I. C. de Aliank.
3: Rogatory signed by Inés Beatriz Plasznik.
4: ---
5: ---

**VIII) Reciprocity**

The undersigned Judge requests that this letter rogatory be properly and timely executed and complied with, offering reciprocity for assistance in similar cases.

| PLACE AND DATE | Signature and Seal of the Jurisdictional |
| March 2025, City of Buenos Aires | Entity: |

[*Signature*].------------------------------------------------------------------
ALEJANDRO CAPPA----------------------------------------------------------
Clerk---------------------------------------------------------------------------

[*Signature*].------------------------------------------------------------------
ALEJANDRO C. VERDAGUER-----------------------------------------------
JUDGE--------------------------------------------------------------------------

[*Seal: National Court of Appeals in Civil Matters of the City of Buenos Aires - Authentications*]------------------------------------------------------------

THE NATIONAL COURT OF APPEALS IN CIVIL MATTERS CERTIFIES THAT THE PRECEDING SIGNATURE AND SEAL ARE SIMILAR TO THE ONES MAINTAINED IN OUR RECORDS.--------

Buenos Aires, October 8, 2025.---------------------------------------------

[*Signature*]---------------------------------------------------------------------
Sandra L. D'Alessandro--------------------------------------------------------
Administrative Secretary-----------------------------------------------------
Authentications of the Civil Court of Appeals------------------------------

IF-2025-122459970-APN-DAJI#MRE



Signature not verified
Digitally signed by Gonzalo Manuel Soto
Date: 2025.09.09 09:48:06 ART

IF-2025-122459970-APN-DAJI#MRE

9

Página 25 de 30

[*Seal of the National Civil Court of First Instance No. 101 – City of Buenos Aires – Argentine Republic*].----------------------------------------------------------------------------

Buenos Aires, Argentine Republic, October [---], 2025----------------------------------

**U.S. BANK**-----------------------------------------------------------------------------------

**800 Nicollet Mall, Minneapolis, Minnesota**--------------------------------------------

**United States of America**---------------------------------------------------------------

I am writing to you in my capacity as the assignee of the probate rights in connection with the ongoing proceeding docketed as **"COHAN, MARTHA IRENE IN RE PROBATE PROCEEDING" (Docket No. 1770/2019),** filed with the National Civil Court of First Instance No. 101, located at Av. De Los Inmigrantes 1950, 6th Floor, City of Buenos Aires, Argentine Republic, presided by Judge Alejandro César Verdaguer, Clerk's Office under the charge of Atty. Alejandro Cappa.------------------

As substantiated by the letter rogatory attached hereto, I am the holder of the probate rights assigned to me by Mrs. Fedora Rosa Cohan on September 20, 2021, under public deed no. 161, heiress of Mrs. Martha Irene Cohan (Argentine Identity Document No. ███████684). Accordingly, for all legal purposes, I hold all the rights and obligations of Mrs. Fedora Rosa Cohan as heiress in the referenced probate proceeding.------------------------------------------------------------------------------

As an interested party to the proceeding, **I hereby request that the U.S. Bank waive the confidentiality obligation and, consequently, provide the information specified in the letter rogatory issued by the judicial authority**, in accordance with Law No. 23.480, which approves the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, adopted in The Hague on March 18, 1970 by The Hague Conference on Private International Law.----------------------

I hereby authorize the following individuals to execute this letter rogatory: Gonzalo Manuel Soto (ID No. ███████453), Gonzalo Otero Mendiz (ID No. ███████035), Camila Maira Reina (ID No. ███████094), Lucía Comotti Velischek (ID No. ███████156), Irene Porsborg (ID No. ███████052), Martina Soto Ansay (ID No. ███████687), Sofía Villareal Dziubecki (ID No. ███████26), Lautaro Ons (ID No. ███████415), or whom they may appoint for such purpose.------------------------------

10

IF-2025-122459970-APN-DAJI#MRE

Página 26 de 30

Sincerely,----------------------------------------------------------------------------------

[*Signature*].------------------------------------------------------------------------------

Inés Beatriz Plasznik----------------------------------------------------------------------

ID No. ███253---------------------------------------------------------------------------

I, LARA MUSCOLINI, AM COMPETENT TO TRANSLATE FROM SPANISH INTO ENGLISH, AND CERTIFY THAT THE ABOVE IS A TRUE AND ACCURATE TRANSLATION TO THE BEST OF MY ABILITIES FROM THE SPANISH ORIGINAL DOCUMENT THAT I HAD BEFORE ME ON OCTOBER 29, 2025.----------------------------------------------------------------------

[*The following is inserted in Spanish for authentication processing at the City of Buenos Aires Translators Association*].-------------------------------------------------------------

ES TRADUCCIÓN FIEL AL INGLÉS DE LAS PARTES PERTINENTES DEL DOCUMENTO ADJUNTO REDACTADAS EN ESPAÑOL. CIUDAD DE BUENOS AIRES, 29 DE OCTUBRE DE 2025. LA TRADUCCIÓN CONSTA DE 11 PÁGINAS.-----------------------------------------------

LARA MUSCOLINI
TRADUCTORA PÚBLICA
IDIOMA INGLÉS
MAT. T° XIX F° 368 CAP. FED.
INSCRIP. C.T.P.C.B.A. NRO. 7491



COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES
CORRESPONDE A LA LEGALIZACIÓN N°:
77166/2025
INTERVINO:
LARA, FRANCO
FECHA:
30/10/2025
825250

IF-2025-122459970-APN-DAJI#MRE